UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| REBECCA M. MARKISHTUM, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant | Civil No.  3:10-CV-05601-BHS-JRC <br><br> ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before February 3, 2011;

- Plaintiff shall file the Optional Reply Brief on or before February 17, 2011; and

- Oral argument, if desired, shall be requested by February 24, 2011

DATED this 3rd day of January 2011.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1        ORDER - [3:10-CV-05601-BHS-JRC]